20762. McCorvey *v.* The State.

Broyles, C. J. The accused was convicted of possessing whisky. The verdict was amply authorized by the evidence, and the special grounds of the motion for a new trial show no cause for a reversal of the judgment overruling the motion.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

Decided November 11, 1930.

*Marion Turner, H. E. Coates,* for plaintiff in error.
*M. H. Boyer, solicitor-general,* contra.